DOWNEY BRAND LLP
SEAN J. FILIPPINI (SBN 232380)
sfilippini@downeybrand.com
DAVID M. FOX (SBN 305147)
dfox@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:  916.444.1000
Facsimile:  916.444.2100

Attorneys for UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., and JASON MILLS

iCommLaw
ANITA TAFF-RICE (SBN 186039)
anita@icommlaw.com
1547 Palos Verdes #298
Walnut Creek, CA 94597
Telephone:  415.699.7885
Facsimile:  925.274.0988

Attorneys for Plaintiff JONATHAN FINESTONE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FINESTONE<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., JASON MILLS, and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:20-cv-00230-TLN-KHN<br><br>**AMENDED SCHEDULING ORDER** |

Based upon the Parties' Stipulation and good cause appearing therefore, the Court hereby issues the following Amended Scheduling Order to govern the remainder of this litigation:

| Event | Deadline |
|---|---|
| Fact Discovery Cut-Off | September 16, 2021 |

| Initial Expert Disclosures Due | October 1, 2021 |
|---|---|
| Supplemental Expert Disclosures Due | November 1, 2021 |
| Hearing Date on Motion for Judgment on the Pleadings | **October 14, 2021, 2:00 p.m.** |
| Expert Discovery Cut-Off | December 1, 2021 |
| Law and Motion Cut-Off, Including Any Dispositive Motions | January 14, 2022 filing deadline, with any motions to be heard by March 10, 2022 |

IT IS SO ORDERED

Dated: July 12, 2021

_____
Troy L. Nunley
United States District Judge