DOWNEY BRAND LLP
SEAN J. FILIPPINI (SBN 232380)
sfilippini@downeybrand.com
DAVID M. FOX (SBN 305147)
dfox@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., and JASON MILLS

iCommLaw
ANITA TAFF-RICE (SBN 186039)
anita@icommlaw.com
1547 Palos Verdes #298
Walnut Creek, CA 94597
Telephone:    415.699.7885
Facsimile:    925.274.0988

Attorneys for Plaintiff JONATHAN FINESTONE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JONATHAN FINESTONE | Case No. 2:20-cv-00230-TLN-KJN |
|---|---|
| Plaintiff, | **AMENDED SCHEDULING ORDER** |
| v. | |
| UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., JASON MILLS, and DOES 1-10, | |
| Defendants. | |

Based upon the Parties' Stipulation and good cause appearing therefore, the Court hereby issues the following Amended Scheduling Order to govern the remainder of this litigation:

| Event | Deadline |
|---|---|
| Fact Discovery Cut-Off | November 15, 2021 |

| | |
|---|---|
| Initial Expert Disclosures Due | December 1, 2021 |
| Supplemental Expert Disclosures Due | January 4, 2022 |
| Hearing Date on Motion for Judgment on the Pleadings | **December 16, 2021, 2:00 p.m.** |
| Expert Discovery Cut-Off | February 1, 2022 |
| Law and Motion Cut-Off, Including Any Dispositive Motions | March 14, 2022 filing deadline, with any motions to be heard by March 10, 2022 |

IT IS SO ORDERED

Dated: August 26, 2021

_____
Troy L. Nunley
United States District Judge