DOWNEY BRAND LLP
SEAN J. FILIPPINI (SBN 232380)
sfilippini@downeybrand.com
DAVID M. FOX (SBN 305147)
dfox@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., and JASON MILLS

iCommLaw
ANITA TAFF-RICE (SBN 186039)
anita@icommlaw.com
1547 Palos Verdes #298
Walnut Creek, CA 94597
Telephone:    415.699.7885
Facsimile:    925.274.0988

Attorneys for Plaintiff JONATHAN FINESTONE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FINESTONE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., JASON MILLS, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00230-TLN-KHN<br><br>**AMENDED SCHEDULING ORDER**<br><br>**(MODIFIED FROM SUBMITTED VERSION)** |

Based upon the Parties' Stipulation and good cause appearing therefore, the Court hereby issues the following Amended Scheduling Order to govern the remainder of this litigation:

| Event | Deadline |
|---|---|
| Fact Discovery Cut-Off | **February 14, 2022** |

| | |
|---|---|
| Initial Expert Disclosures Due | **February 28, 2022** |
| Supplemental Expert Disclosures Due | **March 14, 2022** |
| New Hearing Date for the Motion for Judgment on the Pleadings **(ECF No. 14)** | **February 10, 2022, 2:00 p.m.** |
| Expert Discovery Cut-Off | March 31, 2022 |
| Law and Motion Cut-Off, Including Any Dispositive Motions | April 1, 2022 filing deadline, with any motions to be heard by June 3, 2022 |

IT IS SO ORDERED

Dated: November 30. 2021

Troy L. Nunley
United States District Judge