1  DOWNEY BRAND LLP
   SEAN J. FILIPPINI (SBN 232380)
2  sfilippini@downeybrand.com
   DUSTIN M. AMREIN (SBN 304561)
3  damrein@downeybrand.com
   621 Capitol Mall, 18th Floor
4  Sacramento, California 95814
   Telephone:    916.444.1000
5  Facsimile:    916.444.2100

6  Attorneys for UTILITY TELECOM GROUP,
   LLC, UTILITY TELEPHONE, INC., and
7  JASON MILLS

8  iCommLaw
   ANITA TAFF-RICE (SBN 186039)
9  anita@icommlaw.com
   1547 Palos Verdes #298
10 Walnut Creek, CA 94597
   Telephone:    415.699.7885
11 Facsimile:    925.274.0988

12 Attorneys for Plaintiff JONATHAN FINESTONE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JONATHAN FINESTONE | Case No. 2:20-cv-00230-TLN-KHN |
|---|---|
| Plaintiff, | **AMENDED SCHEDULING ORDER** |
| v. | |
| UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., JASON MILLS, and DOES 1-10, | |
| Defendants. | |

1833238v1

AMENDED SCHEDULING ORDER

Based upon the Parties' Stipulation and good cause appearing therefore, the Court hereby issues the following Amended Scheduling Order to govern the remainder of this litigation:

| Event | Deadline |
| --- | --- |
| Fact Discovery Cut-Off | January 25, 2023 |
| Initial Expert Disclosures Due | February 7, 2023 |
| Supplemental Expert Disclosures Due | February 21, 2023 |
| Expert Discovery Cut-Off | February 28, 2023 |
| Law and Motion Cut-Off, Including Any Dispositive Motions | March 13, 2023, filing deadline, with any motions to be heard by **May 18th, 2023**. |

IT IS SO ORDERED

DATED: October 18th, 2022

By: _____
Troy L. Nunley
United States District Judge