UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JONATHAN FINESTONE<br><br>Plaintiff,<br><br>v.<br><br>UTILITY TELECOM GROUP, LLC<br>UTLITY TELEPHONE, INC.,<br>JASON MILLS, TELEXE LLC,<br>SHOURONG SHI, AND DOES 1-10<br><br>Defendants. | Case No. 2:20-cv-00230-TLN-KJN<br><br>**ORDER GRANTING STIPULATION AND AMENDED SCHEDULING ORDER** |

1  Based upon the Parties' Stipulation and good cause appearing therefore, the Court hereby approves the parties Stipulation and issues the following Amended Scheduling Order to govern the remainder of this litigation:

 1. To facilitate the transfer of the four telephone numbers to Mr. Finestone, the Defendants will not object to, or otherwise interfere with either Numberbarn or Bandwidth CLEC, LLC porting of the four telephone numbers 213-999-8888, 310-788-8888, 213-888-8000, and 949-277-7777 to Jonathan Finestone.

 2. Defendant Utility Telephone Group will submit a request to withdraw its request to port the four telephone numbers (213-888-8888, 310-788-8888, 213-888-8000, and 949-277-7777) and will provide any reasonable follow up information that is reasonably requested to complete the withdrawal   to facilitate the transfer to a carrier of Jonathan Finestone's choosing, as soon as practicable after entry of this stipulation.  Upon Defendant Utility Telephone Group's withdrawal of the port request as set forth herein, no Defendant shall have any further obligation or responsibility relating to any of these four telephone numbers.

 3. The Defendants agree they will not assert any claim that they have a property, ownership or possessory interest in, the four telephone numbers (213-888-8888, 310-788-8888, 213-888-8000, and 949-277-7777) now or at any time in the future unless they later acquire any of the four numbers in the ordinary course of business in the future.

Due to the recent developments in the case and the parties' efforts to reschedule witness depositions in this matter, the Parties stipulate to a limited extension of all deadlines in the current Scheduling Order, including the discovery and law and motion deadlines.  To  ensure clarity in the parties' representations regarding discovery, the Parties submit this Stipulation and Proposed Amended Scheduling Order to extend the remaining deadlines in this case and to set dates certain for depositions of all deponents for which deposition notices and/or subpoenas have been issued prior to the expiration of the current discovery cut-off (January 25, 2023).

///

///

///

| Event | Deadline |
|---|---|
| UTG production of documents requested in deposition notices and/or subpoenas issued on December 16, 2022 to Kelly Stewart, Michael Quedens, William Wilde and Jason Mills. | March 29, 2023 |
| Jonathan Finestone production of documents requested in deposition notice issued on December 20, 2023 to Jonathan Finestone. | April 4, 2023 |
| Deposition of Jonathan Finestone | April 11, 2023 |
| Deposition of William Wilde | April 12, 2023 at 9:30 a.m. |
| Deposition of Kelly Stewart | April 12, 2023 at 1 p.m. |
| Deposition of Michael Quedens | April 13, 2023 at 9:30 a.m. |
| Deposition of Jason Mills | April 14, 2023 at 9:30 a.m. |
| Fact Discovery Cut-Off | April 25, 2023 |
| Initial Expert Disclosures Due | May 8, 2023 |
| Supplemental Expert Disclosures Due | May 22, 2023 |
| Expert Discovery Cut-Off | May 29, 2023 |
| Law and Motion Cut-Off, Including Any Dispositive Motions | June 16, 2023, filing deadline, with any motions to be heard by **August 18, 2023**. |

IT IS SO ORDERED.

DATED: January 25, 2023

_____
Troy L. Nunley
United States District Judge