DOWNEY BRAND LLP
SEAN J. FILIPPINI (SBN 232380)
sfilippini@downeybrand.com
DUSTIN M. AMREIN (SBN 304561)
damrein@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

Attorneys for UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., and JASON MILLS

iCommLaw
ANITA TAFF-RICE (SBN 186039)
anita@icommlaw.com
1547 Palos Verdes #298
Walnut Creek, CA 94597
Telephone:   415.699.7885
Facsimile:   925.274.0988

Attorneys for Plaintiff JONATHAN FINESTONE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FINESTONE,<br><br>  Plaintiff,<br><br>  v.<br><br>UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., JASON MILLS, and DOES 1-10,<br><br>  Defendants. | Case No. 2:20-cv-00230-TLN-KJN<br><br>**ORDER GRANTING STIPULATION FOR REVISED SCHEDULING ORDER** |

Pursuant to Local Rules 143 and 144, Plaintiff JONATHAN FINESTONE ("Plaintiff") and Defendants UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., and JASON MILLS ("Defendants") by and through their respective counsel of record, stipulate and agree as follows:

**RECITALS**

1. Plaintiff filed this action on January 30, 2020, and Defendants filed an Answer on April 7, 2020. The Parties exchanged initial disclosures pursuant to the requirements of Rule 26(a) on May 14, 2020. The Parties have since been engaged in written, oral, and document discovery.

2. On May 24, 2021, the Parties stipulated to continue the discovery and law and motion deadlines to allow the Parties to participate in a mediation (ECF No. 16). The Court entered the stipulation and issued an Amended Scheduling Order (ECF No. 18) on May 25, 2021.

3. After the initial continuance, the parties entered into a stipulation to continue the governing deadlines by approximately thirty (30) days (ECF No. 19), which the Court entered on July 12, 2021 (ECF No. 20). To accommodate mediation, the Parties again stipulated to continue the discovery and law and motion deadlines to schedule a mediation (ECF No.21). The Court issued an Amended Scheduling Order (ECF No. 22) on August 26, 2021. In August 2021, the parties participated in mediation. The Court issued five additional Amended Scheduling Orders, to allow the parties to meditate and to continue their ongoing settlement discussions. (ECF Nos. 25, 27, 31, 37 and 72.)

4. In the most recent stipulation to continue the case schedule, the parties had anticipated conducting depositions by dates certain, however, the parties have since resumed settlement discussions and therefore wish to temporarily delay depositions as well as the entire case schedule to allow for time to pursue settlement.

5. Therefore, the Parties stipulate to a limited extension of all deadlines in the current Scheduling Order, including law and motion deadlines and discovery. The expiration of the current discovery cut-off is April 25, 2023.

///

## **STIPULATION TO REVISED SCHEDULE**

Based on the foregoing recitals, the Parties STIPULATE AND AGREE to the following modified case schedule that has been agreed upon, and request that the Court enter the attached Amended Scheduling Order reflecting this agreed-upon schedule:

| Event | Deadline |
|---|---|
| UTG production of documents requested in deposition notices and/or subpoenas issued on December 16, 2022 to Kelly Stewart, Michael Quedens, William Wilde and Jason Mills. | June 1, 2023 |
| Jonathan Finestone production of documents requested in deposition notice issued on December 20, 2023 to Jonathan Finestone. | June 8, 2023 |
| Deposition of Jonathan Finestone | Between August 1-21, 2023 |
| Deposition of William Wilde | Between August 1-21, 2023 |
| Deposition of Kelly Stewart | Between August 1-21, 2023 |
| Deposition of Michael Quedens | Between August 1-21, 2023 |
| Deposition of Jason Mills | Between August 1-21, 2023 |
| Fact Discovery Cut-Off | August 21, 2023 |
| Initial Expert Disclosures Due | August 28, 2023 |
| Supplemental Expert Disclosures Due | September 11, 2023 |
| Expert Discovery Cut-Off | September 25, 2023 |
| Law and Motion Cut-Off, Including Any Dispositive Motions | October 23, 2023, filing deadline, with any motions to be heard by December 7, **2023**. |

1     SO STIPULATED

2   DATED: March 31, 2023         DOWNEY BRAND LLP

By:   */s/ Sean J. Filippini*
      SEAN J. FILIPPINI
      DUSTIN M. AMREIN
Attorneys for UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., and JASON MILLS

7   DATED: March 31, 2023         iCommLaw

By:   */s/ Anita Taff-Rice*
      ANITA TAFF-RICE
Attorneys for Plaintiff JONATHAN FINESTONE

**IT IS SO ORDERED.**

DATED: March 31, 2023

Troy L. Nunley
United States District Judge