DOWNEY BRAND LLP
SEAN J. FILIPPINI (SBN 232380)
sfilippini@downeybrand.com
DUSTIN M. AMREIN (SBN 304561)
damrein@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

Attorneys for Defendants Utility Telecom Group, LLC,
Utility Telephone, Inc., and Jason Mills


iCommLaw
ANITA TAFF-RICE (SBN 186039)
anita@icommlaw.com
1547 Palos Verdes #298
Walnut Creek, CA 94597
Telephone:   415.699.7885
Facsimile:   925.274.0988

Attorneys for Plaintiff Jonathan Finestone

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FINESTONE<br><br>        Plaintiff,<br><br>   v.<br><br>UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., JASON MILLS, and DOES 1-10,<br><br>        Defendants. | Case No. 2:20-cv-00230-TLN-KHN<br><br>**ORDER GRANTING STIPULATION FOR REVISED SCHEDULING ORDER** |

Pursuant to Local Rules 143 and 144, Plaintiff JONATHAN FINESTONE ("Plaintiff") and Defendants UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., and JASON MILLS (collectively "Defendants") by and through their respective counsel of record, stipulate and agree as follows:

**RECITALS**

1. Plaintiff filed this action on January 30, 2020, and Defendants filed an Answer on April 7, 2020. The Parties exchanged initial disclosures pursuant to the requirements of Rule 26(a) on May 14, 2020. The Parties have since been engaged in written, oral, and document discovery.

2. On May 24, 2021, the Parties stipulated to continue the discovery and law and motion deadlines to allow the Parties to participate in a mediation (ECF No. 16). The Court entered the stipulation and issued an Amended Scheduling Order (ECF No. 18) on May 25, 2021.

3. After the initial continuance, the parties entered into a stipulation to continue the governing deadlines by approximately thirty (30) days (ECF No. 19), which the Court entered on July 12, 2021 (ECF No. 20). To accommodate mediation, the Parties again stipulated to continue the discovery and law and motion deadlines to schedule a mediation (ECF No.21). The Court issued an Amended Scheduling Order (ECF No. 22) on August 26, 2021. In August 2021, the parties participated in mediation. The Court issued six additional Amended Scheduling Orders, to allow the parties to meditate and to continue their ongoing settlement discussions. (ECF Nos. 25, 27, 31, 37, 72, and 74.)

4. The parties are currently engaged in settlement discussions and believe that use of an outside facilitator would be useful. The parties have not determined the type of facilitation, but expect to reach agreement by early August and to schedule at least one in-person settlement meeting thereafter. The parties wish to continue the entire case schedule to allow for time to continue their efforts to pursue settlement.

5. Therefore, the Parties stipulate to an extension of all deadlines in the current Scheduling Order, including law and motion deadlines and discovery.

///

# **STIPULATION TO REVISED SCHEDULE**

Based on the foregoing recitals, the Parties STIPULATE AND AGREE to the following modified case schedule that has been agreed upon, and request that the Court enter the attached Amended Scheduling Order reflecting this agreed-upon schedule:

| Event | Deadline |
| --- | --- |
| UTG production of documents requested in deposition notices and/or subpoenas issued on December 16, 2022, to Kelly Stewart, Michael Quedens, William Wilde and Jason Mills. | September 15, 2023 |
| Jonathan Finestone production of documents requested in deposition notice issued on December 20, 2023 to Jonathan Finestone. | September 22, 2023 |
| Deposition of Jonathan Finestone | Between October 23-27 |
| Deposition of William Wilde | Between November 1-17, 2023 |
| Deposition of Kelly Stewart | Between November 1-17, 2023 |
| Deposition of Michael Quedens | Between November 1-17, 2023 |
| Deposition of Jason Mills | Between November 1-17, 2023 |
| Fact Discovery Cut-Off | December 2, 2023 |
| Initial Expert Disclosures Due | December 9, 2023 |
| Supplemental Expert Disclosures Due | December 16, 2023 |
| Expert Discovery Cut-Off | December 30, 2023 |
| Law and Motion Cut-Off, Including Any Dispositive Motions | January 30, 2024, filing deadline, with any dispositive motions to be heard by **March 17, 2024**. |

/ / /

/ / /

/ / /

/ / /

/ / /

SO STIPULATED.

DATED: July 17, 2023      DOWNEY BRAND LLP

By: ___*/S/ Dustin M. Amrein*___
SEAN J. FILIPPINI
DUSTIN M. AMREIN
Attorneys for UTILITY TELECOM GROUP, LLC, UTILITY TELEPHONE, INC., and JASON MILLS

DATED: July 17, 2023      iCommLaw

By: ___*/S/ Anita Taff-Rice*___
ANITA TAFF-RICE
Attorneys for Plaintiff JONATHAN FINESTONE

**IT IS SO ORDERED:**

DATED: July 18, 2023

_____
Troy L. Nunley
United States District Judge